# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Robert Lawrence Goldstein            Docket No. 7:10-CR-121-1FL

### Petition for Action on Supervised Release

       COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Lawrence Goldstein, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute 1000 Kilograms or more of Marijuana, in violation of 21 U.S.C. § 846 and § 841(a)(1) and (b)(1)(A)(vii) and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), was sentenced by the Honorable Stephen M. McNamee, U.S. District Judge, District of Arizona, on February 2, 2009, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. You shall participate as instructed by the probation office in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall abstain from all use of alcohol or alcoholic beverages.

3. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

4. You shall provide the probation officer access to any requested financial information.

5. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

6. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle, to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

7. You are prohibited from owning, maintaining, or using a firearm.

8. You shall pay a $200 Special Assessment.

Robert Lawrence Goldstein
Docket No. 7:10-CR-121-1FL
Petition For Action
Page 2

Robert Lawrence Goldstein was released from custody on September 30, 2009, to the Eastern District of North Carolina, at which time the term of supervised release commenced.

On September 17, 2010, the court in the District of Arizona, was apprised that the releasee had used alcohol and incurred the charge of Driving While Impaired. The court modified the releasee's conditions to include 48 hours of community service.

On October 19, 2010, Jurisdiction was transferred from the District of Arizona to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 6, 2013, the releasee informed the probation officer that he had been charged with Shoplifting and Concealment of Goods, Case # 13CR007043 on August 14, 2013, by the Wilmington Police Department, Wilmington, N.C. He stated that he walked out of Walmart with merchandise without paying. This case is currently pending disposition for December 12, 2013, in New Hanover County District Court.

The releasee admits to walking out of the store without paying for the merchandise but states that he does not know why he did so. He further alleges that he has never stolen anything before and it is not normal behavior for him to take things. He believes that the medications he is taking may have affected his behavior. The releasee has battled depression since his release from the Bureau of Prisons and was diagnosed in 2010, by Coastal Carolina Neuropsychiatric Center, with Major Depressive Disorder and Posttraumatic Stress Disorder. He is currently participating in individual mental health counseling with his therapist two times a week and meets with the doctor as needed. He is currently prescribed mood stabilizers and anti-depression medications.

It is recommended that Mr. Goldstein be continued on supervision and allowed to participate in the mental health treatment program. Both his therapist and psychiatrist have been informed of his new criminal charge and will address his behavior in therapy. It is further recommended that as a sanction, the releasee's conditions be modified to include 16 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Robert Lawrence Goldstein
Docket No. 7:10-CR-121-1FL
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: November 25, 2013

## ORDER OF COURT

Considered and ordered this 27th day of November, 2013, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge